UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY NATIVIDAD MACIAS, | 2:13-cv-1772-LDG-NJK |
| Plaintiff, | ORDER |
| v. | |
| G4S SECURE SOLUTIONS, USA, | |
| Defendant. | |

Following plaintiff's failure to file an amended complaint as ordered by the magistrate judge (#2), and the magistrate judge's subsequent report and recommendation that the complaint be dismissed (#4), the court, in the interest of allowing plaintiff the opportunity to amend his complaint and the magistrate judge the opportunity to consider any such amendment, again granted plaintiff additional time to amend the complaint (#6). Plaintiff has failed to file an amended complaint. Accordingly,

THE COURT HEREBY ORDERS that the complaint and action are DISMISSED.

DATED this 3 day of March, 2016.

Lloyd D. George
United States District Judge